### In re YASUHIRO ISHII and Osamu Sano.

#### No. 2009–1042.

United States Court of Appeals, Federal Circuit.

Nov. 17, 2008.

Raymond T. Chen, Benjamin D.M. Wood, Thomas L. Stoll, Patent & Trademark Office, Arlington, VA, for Jon W. Dudas.

Michael K. Mutter, Birch Stewart Kolasch & Birch LLP, Falls Church, VA, for Osamu Sano and Yasuhiro Ishii.

## ON MOTION

### ORDER

Yasuhiro Ishii et al. move to voluntarily dismiss their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.